■ DANIEL C. ALDRICH et al., as Joint Administrators of the Estate of CHARLES J. ALDRICH, Deceased, Plaintiffs, v TRIPLE D LEASING CORPORATION et al., Defendants and Third-Party Plaintiffs-Respondents. SOUTHERN TIER ERECTORS, INC., Third-Party Defendant-Appellant; ROGERS STRUCTURAL STEEL COMPANY, Third-Party Defendant-Respondent. (Appeal No. 2.) — Judgment unanimously reversed, in the interest of justice, without costs, and a new trial granted. Same memorandum as in *Halftown v Triple D Leasing Corp.* (89 AD2d 794). (Appeal from judgment of Supreme Court, Cattaraugus County, Ostrowski, J. — wrongful death.) Present — Simons, J. P., Doerr, Denman, Boomer and Moule, JJ.

■ GURNEY, BECKER & BOURNE, INC., Respondent, v ROBERT B. SIMON, Appellant. — Order unanimously reversed, without costs, motion granted and complaint dismissed. Memorandum: The complaint alleges that plaintiff, a licensed real estate brokerage, entered into an oral agreement with defendant whereby defendant was to pay plaintiff brokerage commissions over a 10-year period as a percentage of rent on premises owned by defendant for which plaintiff had obtained a lessee. Defendant's motion to dismiss (CPLR 3211, subd [a], par 5) was properly granted by the City Court of Lackawanna on the ground that the oral agreement was unenforceable under the Statute of Frauds (General Obligations Law, § 5-701, subd a, par 1). County Court reversed, erroneously concluding that section 5-701 (subd a, par 10), which contains an exception for real estate brokers, was controlling and that the agreement was thus enforceable. County Court's determination that paragraphs 1 and 10 are mutually exclusive and that 10 applies in this situation has no support in the law (see Biskind & Barasch, Law of Real Estate Brokers, § 67, p 164; see, also, *Babtkis Assoc. v Tarazi Realty Corp.,* 34 AD2d 754). (Appeal from order of Erie County Court, La Mendola, J. — dismiss complaint.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Schnepp, JJ.